1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11
12   JASON GREEN,                         Case No. 2:18-cv-06443-JLS-SHK
13                        Petitioner,
                                          **ORDER ACCEPTING FINDINGS**
14             v.                         **AND RECOMMENDATION OF**
                                          **UNITED STATES MAGISTRATE**
15   WARREN L. MONTGOMERY,                **JUDGE**
16                        Respondent.
17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the

19   relevant records on file, and the Report and Recommendation of the United States

20   Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of

21   the Report to which Petitioner has objected.  The Court accepts the findings and

22   recommendation of the Magistrate Judge.

23        IT IS THEREFORE ORDERED that the Petition be DENIED and that

24   Judgment be entered dismissing this action with prejudice.

25

26   Dated: October 14, 2021

27                                        _____
                                          HONORABLE JOSEPHINE L. STATON
28                                        United States District Judge