1
2
3
4
5
6
7

# JS-6

8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| JASON GREEN, | Case No. 2:18-cv-06443-JLS-SHK |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARREN L. MONTGOMERY, | |
| Respondent. | |

18
19
20
21

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

22
23
24

Dated: October 14, 2021

HONORABLE JOSEPHINE L. STATON
United States District Judge

25
26
27
28